# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>DCT PROPERTIES, LLC, a California Limited Liability Company; "A" CLEANERS, a business of unknown form; and Does 1-10,<br><br>           Defendants. | Case No.: 8:20-cv-01707-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  September 8, 2020<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Amber Machowski's action against Defendants DCT Properties LLC and "A" Cleaners is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 5, 2022

_____
Hon. Cormac J. Carney
United States District Judge

2

ORDER FOR DISMISSAL WITH PREJUDICE